IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. SMITH,                                1:06-CV-00717-OWW-DLB-P

        Plaintiff,

    vs.                                         ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS

K. SCRIBNER, Warden,                      **OR** PAY BALANCE OF FILING FEE

        Defendants.
                                      /

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 5, 2006, the United States District Court, Northern District, received and filed plaintiff's complaint, and issued a receipt number 3385303, for plaintiff's $5.00 partial filing fee. Plaintiff's case was transferred to and received in the Eastern District on June 8, 2006.

        Pursuant to 28 U.S.C. § 1915(b) (1), plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff is required to pay the balance of $345.00 for the filing fee, or submit an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Plaintiff's application to proceed in forma pauperis filed on June 23, 2006 did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the six month period

---

[1] Effective April 9, 2006, the statutory filing fee for all civil actions except applications for writs of habeas corpus is 350.00. 28 U.S.C. § 1914(a).

immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $345.00 balance of the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the balance of $345.00, for a total of $350.00, filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** **July 6, 2006**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

3c0hj8