UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>K. MENDOZA POWERS,<br><br>        Defendant. | CV F- 06-0717 OWW DLB P<br><br>ORDER DENYING REQUEST FOR<br>SUBSTITUTION OF LEAD<br>PLAINTIFF<br>[DOC 6] |

    Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  This action was transferred to this Court from the Northern District of California on June 8, 2006.  Plaintiff paid the filing fee on July 6, 2006.  On July 7, 2006, plaintiff filed a request to substitute another inmate as the lead plaintiff in this action due to "the pressure and preoccupation with pressing family problems."  Plaintiff is advised that this is not a class action and further, inmate Ackerman, who is a non-lawyer, may not represent anyone but himself in court.  Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).  Therefore, plaintiff's motion for leave to substitute Mr. Ackerman as the "lead plaintiff" is HEREBY DENIED.  If plaintiff does not wish to pursue this action, he may voluntarily dismiss the case without prejudice.  If Mr. Ackerman wishes to pursue a civil rights action, he must file his own case.  Plaintiff is advised that the Court will not accept filings by Mr.

1  Ackerman on plaintiff's behalf.
2       IT IS SO ORDERED.
3      **Dated:**   **November 27, 2006**            **/s/ Dennis L. Beck**
  3c0hj8                                                           UNITED STATES MAGISTRATE JUDGE