UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SMITH,<br><br>      Plaintiff,<br><br>   v.<br><br>K. MENDOZA-POWERS, Warden,<br><br>      Defendants. | 1:06-CV-0717 OWW DLB P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #12) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2007, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

Dated:   February 28, 2007              /s/ Dennis L. Beck
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE