IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, | CASE NO. CV-F-06-0717 OWW DLB P |
| Plaintiff, | ORDER STRIKING MOTION |
| vs. | [Docs. 7] |
| K. MENDOZA-POWERS, et al., | |
| Defendants. | |

Plaintiff Michael Smith is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action was transferred to this court on June 8, 2006.

On July 24, 2006, a non-party to this action filed a document entitled "Motion for Expedited Review." The document is signed Michael Ackerman. Inmate Ackerman, who is a non-lawyer, may not represent anyone but himself in court. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987). Because the document entitled "Motion for Expedited Review" was filed by a non-party, it must be stricken from the record.

For the foregoing reasons, the "Motion for Expedited Review" filed July 24, 2006 at Document No. 7, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **March 8, 2007**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

3c0hj8