UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, | 1:06-cv-00717-OWW-DLB-P |
|         Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | **ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER/ PRELIMINARY INJUNCTIVE RELIEF** |
| K. MENDOZA-POWERS, WARDEN, | |
|         Defendant. | (Doc. 10) |

Plaintiff, Michael Smith ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 29, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days from the date of service of that order. On January 29, 2007, plaintiff filed a motion to extend time. On March 1, 2007, the court granted plaintiff an additional thirty (30) days within

1

which to respond.  On April 18, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 29, 2006, are ADOPTED IN FULL; and,

2. Plaintiff's motion for temporary restraining order/ preliminary injunctive relief, filed December 26, 2006, is DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   May 18, 2007**              /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE