UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>K. MENDOZA-POWERS, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:06-cv-00717-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18)<br><br>**ORDER DISMISSING ACTION** |

　　Plaintiff, Michael Smith ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　On July 30, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 27, 2007, are ADOPTED IN FULL; and,

2. This action is DISMISSED, without prejudice, for plaintiff's failure to obey the court's order of April 24, 2007, and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   September 25, 2007**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE